RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 16 2015

Abel Acosta, Clerk

Willie A. Milton, #561014
Allred Unit
2101 F.M. 369 N.
Iowa Park, Tx 76367

Court Clerk
Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Tx 78711-2308

In Re: Request for cause numbers or cites
for cases identified in this letter...

Dear Court Clerk of Texas Court of Criminal Appeals:

I write to request a cause number and/or a case cite to allow me to read the Texas court of Criminal Appeals ruling and opinions in the following juvenile cases. They are as follows:

1) Cameron Moon -v- State of Texas, No. unknown

2) Jorge Guerrero -v- State of Texas, No. unknown

Hope you can assist with this needed information. Thank you.

Sincerely,
Willie A. Milton
#561014